UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80651-DMM

ADVANCED GROUND INFORMATION
SYSTEMS, INC.,

          JURY TRIAL DEMANDED

    Plaintiff.

vs

LIFE360, INC.,

    Defendant.
_____/

## [Joint Proposed] Scheduling Order

This action came for consideration on the parties' Joint Scheduling Report, and the issues having been duly considered, it is hereby ORDERED as follows:

1. Pursuant to Local Rule 16.1(a)(2), this case is placed on the Standard Track and will require no more than ten (10) days of jury trial.

2. The following case management and discovery schedule shall apply:

| PROPOSED DATE | EVENT |
| --- | --- |
| July 18, 2014 | Exchange of Initial Disclosures |
| July 18, 2014 | Scheduling Conference |
| July 23, 2014 | Initial Infringement Contentions |
| August 1, 2014 | Deadline for joinder of parties or to amend the pleadings without leave of Court |
| August 6, 2014 | Initial Invalidity Contentions |
| August 12, 2014 | Exchange of claim terms to be construed |
| August 22, 2014 | Exchange of proposed claim constructions and evidence |
| September 3, 2014 | Joint claim construction statement |

| | |
|---|---|
| September 17, 2014 | Opening *Markman* Briefs |
| October 2, 2014 | Rebuttal *Markman* Briefs |
| TBD | *Markman* Hearing and Tutorial |
| November 21, 2014 | Close of Fact Discovery |
| December 19, 2014 | Opening Expert Reports (for matters in which each party bears the burden of proof) |
| January 8, 2015 | Completion of Mediation or Settlement Conference |
| January 16, 2015 | Rebuttal Expert Reports (responding to matters in which the opposing party bears the burden of proof) |
| January 28, 2015 | Close of Expert Discovery |
| February 4, 2015 | Last day to file *Daubert* and Dispositive Motions |
| February 9, 2015 | Exchange of Fed. R. 26(a)(3) disclosures |
| February 18, 2015 | Oppositions to *Daubert* and Dispositive Motions |
| February 18, 2015 | Joint Pretrial Stipulation with deposition designations pursuant to Local Rule 16.1(e) |
| February 19, 2015 | All other pretrial motions and accompanying memoranda of law |
| February 25, 2015 | Responses to all other pretrial motions and accompanying memoranda of law |
| February 27, 2015 | Objections to deposition designations and rebuttal/counter deposition designations must be filed |
| TBD | Resolution of all pretrial motions by the Court |
| March 3, 2015 | Joint proposed jury Instructions/findings of fact and conclusions of law |

CASE NO. 9:14-CV-80651-DMM

| | |
|---|---|
| March 4, 2015 | Pretrial Conference/Calendar Call |
| March 9, 2015 | Trial |

3. The parties may stipulate to different pretrial deadlines as they see fit, without judicial intervention, with the exception of the deadline to file claim-construction papers, the pretrial dispositive-motion deadline, and any non-discovery deadlines arising thereafter.

DONE and ORDERED in chambers, West Palm Beach, Florida, this day __ of _____, 2014.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: all counsel of record