# DOCUMENT

Deleted

# PER ORDER

**DE#** 121