UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# MINUTES - CIVIL JURY TRIAL

**CASE NO.**:     14-80651-CIV-MIDDLEBROOKS

**DAY #**:     1

**DATE**:     March 9, 2015

**REPORTER**:   Diane Miller

**Courtroom Deputy**:  Genevieve McGee

**STYLE**:     Advanced Ground Information Systems, Inc.
              vs.
              Life360, Inc.

**COUNSEL**:   Mark A. Hannemann, Esq. , George E. Badenoch, Esq., Thomas R. Makin, Esq., Rose Cordero Prey, Esq. and Ury Fischer, Esq. for Plaintiff

Cecilia Dickson, Esq., Christian D. Ehret, Esq., Eric C. Christu, Esq., Daniel J. Barsky, Esq. and Bryan P. Clark, Esq. for Defendant

| | |
|---|---|
| 9:30 | a.m./pm - Jury trial |
| X | Jury Selection/Voir dire began. |
| X | Jury empaneled & sworn |
| X | Opening statements to the jury |
| X | Jury trial held and continued to **Tuesday, March 10, 2015 at 9:00 am** |
| | Closing Arguments to the jury |
| | Jury Instructions |
| | Jury deliberating |
| | Jury trial continued to: |
| | Jury returned a verdict.   See verdict form. |
| | Case settled prior to bringing in the jury. |

Comments: