UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:14-cv-80651-DMM

ADVANCED GROUND INFORMATION
SYSTEMS, INC.,

              Plaintiff.

   v.

LIFE360, INC.,

              Defendant.

**VERDICT FORM**

We, the jury, unanimously find as follows:

## I. INFRINGEMENT

Do you find that AGIS has proven, by a preponderance of the evidence, that Life360 infringed any of the asserted claims of the patents in suit?

*Checking "yes" below indicates a finding for AGIS.*

*Checking "no" below indicates a finding for Life360.*

| Yes | No | Asserted Claim |
|-----|-----|----------------|
| ☐ | ☒ | '728 patent, claim 7 |
| ☐ | ☒ | '681 patent, claim 1 |
| ☐ | ☒ | '954 patent, claim 1 |
| ☐ | ☒ | '441 patent, claim 5 |

## II. INVALIDITY

### A. Obviousness

Do you find that Life360 has proven, by clear and convincing evidence, that any asserted claim of the patents in suit is invalid as being obvious in view of the prior art?

*Checking "yes" below indicates a finding for Life360.*

*Checking "no" below indicates a finding for AGIS.*

| Yes | No | Asserted Claim |
|---|---|---|
| ☐ | ☒ | '728 patent, claim 7 |
| ☐ | ☒ | '681 patent, claim 1 |
| ☐ | ☒ | '441 patent, claim 5 |

### B. Written Description

Do you find that Life360 has proven, by clear and convincing evidence, that either of the asserted claims of the patents in suit listed below is invalid because the written description requirement is not satisfied for that claim?

*Checking "yes" below indicates a finding for Life360.*

*Checking "no" below indicates a finding for AGIS.*

| Yes | No | Asserted Claim |
|---|---|---|
| ☐ | ☒ | '728 patent, claim 7 |
| ☐ | ☒ | '441 patent, claim 5 |

### III. DAMAGES

If you found any one or more of the AGIS patents infringed by Life360 and not proved invalid by Life360, please answer the next question.

What amount of damages do you find would be a reasonable royalty for Life360's infringements from May 13, 2014 to today?

$ _____

Please sign and date the Verdict Form.

DATE: 3/13/15          FOREPERSON SIGNATURE: _____