UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-cv-80651-MIDDLEBROOKS

ADVANCED GROUND INFORMATION
SYSTEMS, INC.,

    Plaintiff,

v.

LIFE360, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

As a result of the Jury Verdict on March 13, 2015, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall enter Judgment in favor of Defendant Life360, Inc. and against Plaintiff Advanced Ground Information Systems, Inc. as to Counts I, II, III, and IV. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this /2 day of May, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record