IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ADVANCED GROUND INFORMATION SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIFE360, INC., <br><br> Defendant. | CIVIL ACTION NO. 9:14-cv-80651-DMM |

**DECLARATION OF KENT E. BALDAUF, JR. IN SUPPORT
OF DEFENDANT LIFE360'S MOTION FOR AN AWARD
OF ATTORNEYS' FEES AND NON-TAXABLE EXPENSES**

I, Kent E. Baldauf, Jr., declare as follows:

1. I am a Director and Vice President of The Webb Law Firm ("Webb"), and am Defendant Life360, Inc.'s ("Life360") lead counsel in the above-captioned action. I submit this declaration in support of Life360's Motion for an Award of Attorneys' Fees and Non-taxable Expenses in accordance with 28 U.S.C. § 1920, which is being filed concurrently herewith.

2. I graduated Magna Cum Laude from the University of Pittsburgh School of Law in 1993, where I was a member of the law review. I have practiced patent law, primarily as a patent litigator, for twenty years and am a member of the Allegheny County Academy of Trial Lawyers. My current hourly rate for litigation matters is $440.

3. Others working with me on this case at Webb included shareholders, associates, and paralegals of various backgrounds and skill levels with hourly rates ranging from $160 to $340. Throughout the course of this case, Life360 also retained as local counsel the firm Shutts

& Bowen, LLP in West Palm Beach, Florida. The hourly rates of the attorneys at Shutts that worked on this case are between $290 and $525.

4. Webb and Shutts billed hourly for their services and, for that reason, there is no applicable fee agreements to be disclosed pursuant to Local Rule 7.3(a)(4).

5. The billing rates for all Webb and Shutts attorneys are decided by the respective firms' management based on their best judgment, and are believed to be reasonable and fair based on the market conditions in their respective geographic areas. In fact, the rates are believed to be lower than average for litigation firms in general of the respective regions, and lower than average for patent litigation practice groups in particular.

6. The following table includes the identity, experience, and qualifications for each timekeeper in this matter as well as a description of the tasks performed by each time keeper. Additional information can be found on the individual biography pages available at www.webblaw.com and www.shutts.com.

7. The number of hours expended by each of the below timekeepers from Webb and Shutts, including the billable rates of each timekeeper, are provided in the table attached as Exhibit A hereto. Exhibit B includes a matter ledger report and redacted invoices documenting and detailing the hours invoiced.[1]

| Timekeeper | Role and Tasks | Experience and Qualifications |
|---|---|---|
| Kent E. Baldauf, Jr. (Director and VP, The Webb Law Firm) | Served as lead trial counsel, developed litigation strategies and defenses, litigated claim construction issues and | Experience<br>Kent E. Baldauf Jr. is an Intellectual Property attorney whose practice involves all aspects of securing and enforcing intellectual property rights. His practice |

---

[1] An unredacted description of the tasks billed for can be supplied to the Court for *in camera* review upon request, and will be shared with opposing counsel subject to an agreement concerning redaction of work product / privileged information contained therein.

| | | |
|---|---|---|
| | argued Markman hearing, took depositions of a fact witness (Malcolm Beyer) and AGIS's damages expert (Bennis), defended deposition of Ed Tittel, attended hearings, and other miscellaneous tasks. | entails the prosecution and protection of patents, trademarks, and copyrights with an emphasis on intellectual property litigation. He is an experienced trial lawyer who has been lead trial counsel on both jury and bench trials throughout the United States as well as before the International Trade Commission. He has handled litigation involving utility, design, and plant patents, trademarks, trade dress, trade secrets, unfair competition, false advertising, and related antitrust claims.<br><br>Qualifications<br>• Bar Admissions: Registered Patent Attorney, U.S. Patent and Trademark Office; Pennsylvania, 1993; U.S. Court of Appeals Federal Circuit; U.S. District Court Western District of Pennsylvania<br>• Education: University of Pittsburgh School of Law, Pittsburgh, Pennsylvania, 1993 J.D.; Honors: Magna Cum Laude |
| Cecilia R. Dickson<br><br>(Shareholder, The Webb Law Firm) | Served as trial counsel, examined and cross-examined fact witnesses and expert witnesses, developed litigation strategies and defenses, worked with damages expert to develop rebuttal report, defended depositions for Hulls, Haro, Filer, Gross, Novick, Ranbarger, Alexander, and Gampel, drafted briefs, conducted discovery, attended hearings, and other miscellaneous tasks | Experience<br>Cecilia R. Dickson is an experienced trial lawyer with a particular focus on intellectual property litigation relating to patent, trademark, copyright, covenants not to compete, and other Intellectual Property issues. Cecilia possesses substantial experience in the areas of patent litigation relating to electrical engineering, optics, mechanics, cable industry, cellular telephone technology, and software; trademark litigation, counseling, portfolio management and registration; and e-discovery and document retention. Cecilia has served in a first-chair capacity in a variety of IP litigation matters. She has had jury trial and bench trial experience in numerous lawsuits involving intellectual property issues, and has appeared before trial and appellate courts at the state and federal levels, the U.S. International Trade |

3

|  |  | Commission (ITC), the Court of International Trade (CIT), and the Trademark Trial and Appeal Board (TTAB). Cecilia has represented clients in responding to governmental and administrative inquiries and investigations at both the federal and state levels, and also counsels clients on e-discovery issues.<br><br>Cecilia has been appointed by the U.S. District Court for the Western District of Pennsylvania as an E-Discovery Special Master. Cecilia has lectured and published extensively on topics related to e-discovery, trademark law, patent litigation, IP rights and protections, document retention, and ethics, served as the chair of the Pennsylvania Bar Association's Intellectual Property Law Section (2011-2012), the president of the Pittsburgh Intellectual Property Law Association (2011-2012), and currently serves as the Chair of the Allegheny County Bar Association's Civil Litigation Section. She is a founding master of the Q. Todd Dickinson Intellectual Property American Inn of Court, and served as the Program Committee Chair (2012-2014), and now serves as the Secretary (2014-2015). Since 2005, Cecilia has been an adjunct professor at Saint Vincent College.<br><br>Qualifications<ul><li>Bar Admissions: Pennsylvania 2002; U.S. Court of Appeals for the Federal Circuit, 2010; U.S. Court of Appeals for the Sixth Circuit, 2012; U.S. District Court for the Western District of Pennsylvania, 2003; U.S. District Court for the Eastern District of Texas, 2008; U.S. District Court for the Northern District of Ohio, 2012; U.S. Court of International Trade, 2009</li><li>Harvard Law School, Cambridge, Massachusetts, 2002 J.D; Honors:</li></ul> |

4

| | | |
|---|---|---|
| | | Cum Laude; Activities: American Trial Lawyers Association Student Trial Advocacy Competition: 2002 national champion; Harvard Journal on Legislation: Supervising Editor, Congress Issue Editor; Harvard Women's Law Journal: Community Relations Liaison; Harvard Human Rights Journal: Technical Editor; Harvard Defenders (criminal law pro bono organization) |
| Bryan P. Clark<br><br>(Shareholder, The Webb Law Firm) | Served as trial counsel, examined and cross-examined expert witnesses, developed litigation strategies and defenses, prepared invalidity contentions, litigated claim construction issues, worked with infringement and invalidity experts to develop the experts' reports, took deposition of Dr. Carbonell and defended deposition of Ed Tittel, drafted briefs, conducted discovery, attended hearings, and other miscellaneous tasks | Experience<br>Bryan P. Clark is an Intellectual Property attorney with expertise in many aspects of securing and enforcing intellectual property rights.  Bryan is both a patent prosecutor and a patent litigator working most often with chemical, mechanical, electrical, and software technologies.  Bryan is an experienced trial lawyer who has been involved in numerous patent and trademark litigation matters in district courts throughout the country.  Bryan has also successfully represented clients before the International Trade Commission and the Court of Appeals for the Federal Circuit.<br><br>Qualifications<br>• Bar Admissions: Registered Patent Attorney, U.S. Patent and Trademark Office; Pennsylvania, 2007; U.S. District Court Western District of Pennsylvania<br>• University of Pittsburgh School of Law, Pittsburgh, Pennsylvania, 2007 J.D. Honors: Magna Cum Laude, Order of the Coif; Staff Editor, University of Pittsburgh Law Review |
| Christian D. Ehret<br><br>(Associate, The Webb Law Firm) | Served as trial counsel, developed litigation strategies and defenses, worked with infringement and invalidity experts, took | Experience<br>Christian is an intellectual property attorney with a background in software and web development. Christian's practice includes patent, copyright, and trademark matters, including prosecution, litigation, and |

5

| | | |
|---|---|---|
| | depositions of Dr. Carbonell, Malcom Beyer, Sandel Blackwell, Keller Beyer, and Dr. Goldberg, prepared invalidity contentions, litigated claim construction issues, drafted briefs, conducted discovery, attended hearings, and other miscellaneous tasks | consultation. In particular, Christian has experience working with legal issues relating to software, networks, and other technologies. Prior to becoming an attorney, Christian was a software and web developer, focusing on e-commerce and interactive media.<br><br>Qualifications<ul><li>Bar Admissions: Pennsylvania, 2011; New Jersey, 2012; United States Patent and Trademark Office, 2012</li><li>University of Pittsburgh School of Law, 2011 J.D., certificate in Intellectual Property and Technology Law; Honors: cum laude; Order of Barristers; Pittsburgh Intellectual Property Law Association Student Leadership Award, 2011; Samuelson/Glushko Fellowship in Intellectual Property and Technology, 2011; Law Review</li></ul> |
| David A. DuMont<br><br>(Associate, The Webb Law Firm) | Drafted briefs, conducted discovery, reviewed incoming and outgoing document productions, litigation support, and other miscellaneous tasks | Experience<br>David A. DuMont is an intellectual property attorney focusing on litigation relating to patent, trademark, copyright, and other intellectual property issues and on patent prosecution in the electrical and mechanical arts. Immediately prior to joining the Webb Law Firm as an associate, David clerked for the Honorable Cathy Bissoon of the United States District Court for the Western District of Pennsylvania, where he assisted the court in the resolution of many difficult and complex litigation issues.<br><br>After completing a Bachelor of Science in Astrophysics with a double major in Physics at Michigan State University in 2001, David worked as an accelerator operator for nearly three years at Brookhaven National Laboratory. While at Brookhaven, David engaged in graduate- |

6

| | | |
|---|---|---|
| | | level physics study at the State University of New York at Stony Brook, and participated in the United States Particle Accelerator School at Yale University and the University of California at Santa Barbara.<br><br>Qualifications:<br>- Bar Admissions: U.S. Patent and Trademark Office, 2014; Pennsylvania, 2007; United States District Court for the Western District of Pennsylvania, 2007<br>- University of Pittsburgh School of Law, J.D., 2007; Honors: Foreign Language Area Studies Fellowship (Russian); Dean's Scholarship; Alcoa Scholarship |
| Daniel Brean (Senior Associate, The Webb Law Firm) | Drafted brief in support of motion for summary judgment, developed litigation strategies and defenses, and other miscellaneous tasks | Experience:<br>Daniel H. Brean is an intellectual property attorney with a background in physics. He is both a patent litigator and patent prosecutor, working primarily with mechanical, electrical, and software technologies. Dan also has considerable expertise in the area of industrial design protection and design patents, frequently publishing and speaking on these topics. As a former law clerk to the Honorable Jimmie V. Reyna at the United States Court of Appeals for the Federal Circuit, where he assisted the court in its resolution of many difficult and complex issues of patent law, Dan brings a valuable perspective and insight to litigation matters. Dan is committed to helping clients protect, commercialize, and enforce their intellectual property rights. He is also an adjunct professor, teaching patent law, at the University of Pittsburgh School of Law.<br><br>Qualifications<br>- Clerkships: United States Court of Appeals for the Federal Circuit, The Honorable Jimmie V. Reyna, 2011- |

7

| | | |
|---|---|---|
| | | 12<br>- Bar Admissions: U.S. Patent and Trademark Office (2006); Pennsylvania (2008); U.S. District Court for the Western District of Pennsylvania (2008); U.S. District Court for the Eastern District of Texas (2012); U.S. Court of Appeals for the Federal Circuit (2010)<br>- University of Pittsburgh School of Law, Pittsburgh, Pennsylvania, J.D. (2008); Honors: Cum Laude; Faculty Award for Excellence in Legal Scholarship; ABA-BNA Intellectual Property Law Award |
| James Bosco<br><br>(Shareholder, The Webb Law Firm) | Developed litigation strategies and defenses, conducted deposition of expert witness, and other miscellaneous tasks | Experience:<br>James J. Bosco, Jr. specializes in Intellectual Property with an emphasis on patent prosecution and patent litigation in software, Internet and other high-technology industries. Additionally, Jim advises companies and entrepreneurs regarding strategic patent and copyright licensing and procurement risks. Jim is a registered patent attorney with over 10 years of software design, implementation, and engineering experience.<br><br>Qualifications<br>- Registered Patent Attorney, U.S. Patent and Trademark Office; Pennsylvania, 2006<br>- Duquesne University School of Law, Pittsburgh, Pennsylvania, 2006 J.D. |
| Thomas Wolski<br><br>(Shareholder, The Webb Law Firm) | Defended deposition of Ben Erez and other miscellaneous tasks | Experience:<br>Thomas C. Wolski is an Intellectual Property attorney who handles a wide range of intellectual property matters with a particular focus on intellectual property litigation and patent prosecution in the biotechnology, pharmaceutical and medical device sectors. He is a distinguished litigator who defended a company that New |

8

| | | |
|---|---|---|
| | | York Law Journal noted to be among the most noteworthy defense verdicts in 2004. He has obtained patents to protect clients' valuable interests in technologies. In addition, Tom has assisted clients in valuing and managing their intellectual property to obtain the maximum value from their assets.<br><br>Prior to joining The Webb Law Firm, Tom worked as a laboratory manager and research specialist at the University of Pittsburgh focusing his research in areas of molecular biology and biochemistry. His research projects included studying the biochemistry of premature birth, treatments for various genetic cardiovascular diseases, and identifying genes for rare genetic disorders.<br><br>In addition to patent prosecution, Tom is one of The Webb Law Firm's litigators. He has litigated patent infringement, trademark infringement, unfair competition and breach of contract claims. He regularly assists local law schools in preparing for moot court competitions and lectures on litigation related topics.<br><br>Qualifications<br>• Bar Admissions: Registered Patent Attorney, U.S. Patent and Trademark Office; New York, 2003; U.S. District Court for the Southern District of New York, 2004; U.S. District Court for the Eastern District of New York, 2004; Pennsylvania, 2006<br>• Syracuse University College of Law, Syracuse, New York, 2002 J.D. |
| Anthony Brooks<br><br>(Associate, The Webb Law Firm) | Legal research | Experience<br>Anthony W. Brooks is an Intellectual Property attorney with a background in chemical engineering. Anthony regularly |

9

| | | |
|---|---|---|
| | | handles patent, copyright and trademark matters, including prosecution, litigation, and licensing. Prior to joining The Webb Law Firm, Anthony worked as a chemical engineer for a polyurethane foam manufacturing company. Anthony received a Bachelor of Science in chemical engineering from the Pennsylvania State University where he worked as a research assistant in the department of chemical engineering. Graduating Summa Cum Laude, Anthony received his J.D. from Duquesne University School of Law. While at Duquesne, Anthony was a member of the Duquesne Law Review and the Giles Sutherland Rich Intellectual Property Moot Court team and worked as a Legal Research and Writing Teaching Assistant. Before joining The Webb Law Firm as an associate, Anthony worked for Webb as a law clerk.<br><br>Qualifications<ul><li>Bar Admissions: Registered Patent Attorney, U.S. Patent and Trademark Office; Pennsylvania, 2009</li><li>Duquesne University School of Law, 2009 J.D.</li></ul> |
| Brian Gallagher<br><br>(Associate, The Webb Law Firm) | Legal research re: indefiniteness and joint infringement | |
| Michael Grese<br><br>(Associate, The Webb Law Firm) | Legal research and reviewed incoming and outgoing document productions | |
| Jordan Riviello<br><br>(Associate, The Webb Law Firm) | Legal research and reviewed incoming and outgoing document productions | |
| Yao Zhu<br><br>(Associate, The | Legal research re: claim construction | |

| | | |
|---|---|---|
| Webb Law Firm) | | |
| Brittney Yesenchak (Paralegal, The Webb Law Firm) | Prepared pleadings and motions, legal research, and litigation support | |
| Phyllis M. Taranto (Paralegal, The Webb Law Firm) | Prepared pleadings and motions, legal research, and litigation support | |
| Valerie A. Drucker (Paralegal, The Webb Law Firm) | Prepared pleadings and motions, legal research, and litigation support | |
| Nicholas A. Passaretti (Paralegal, The Webb Law Firm) | Litigation support | |
| Daniel Barsky (Partner, Shutts & Bowen) | Served as local counsel, attended trial and hearings, advised on local rules and procedures, assisted with drafting trial materials including jury instructions | Daniel Barsky is an attorney in Shutts & Bowen's West Palm Beach Business Litigation Department and in the firm's Intellectual Property Practice Group. His practice includes representing clients in commercial litigation, appellate, intellectual property, defamation, construction and real estate related litigation. Mr. Barsky is a Registered Patent Attorney with the U.S. Patent and Trademark Office. |
| Eric Christu (Partner, Shutts and Bowen) | Served as local counsel, attended trial and hearings, advised on local rules and procedures | Eric Christu is a partner in Shutts & Bowen's West Palm Beach office, where he is a member of the firm's Litigation Group. Among the first attorneys to be designated by The Florida Bar as Board Certified in Business Litigation, he specializes in complex commercial and business disputes with a particular emphasis on real estate-related matters and construction-related issues, in both state and federal courts. He regularly handles matters involving intellectual property, banking, corporate and employment issues. Mr. Christu has an active trial and appellate practice and has recently tried cases |

11

|  |  | involving intellectual property issues, partnership disputes, and construction defects, and has handled appeals in both the state and federal appellate courts. |
|---|---|---|

8.  Life360 also retained three expert witnesses to assist in this case, Dr. Peter Alexander, Mr. Edward Tittel, and Mr. Peter Gampel. Dr. Alexander's hourly rate throughout this engagement was $350. Mr. Tittel's hourly rate was also $350. Mr. Gampel's hourly rate throughout this engagement was $360 and others in his firm who worked on the matter billed at comparable rates. The total amount charged by each of Dr. Alexander, Mr. Tittel, and Mr. Gampel are provided in the table attached as Exhibit A hereto.

9.  In my professional judgment, the rates charged by Dr. Alexander, Mr. Tittel, and Mr. Gampel are reasonable and fair in view of their background, experience, and skill levels. Their rates are comparable or even less than the rates I have seen charged by other expert witnesses in their field with similar background and experience. In addition, I believe that the overall amount charged by Dr. Alexander, Mr. Tittel, and Mr. Gampel is reasonable and fairly reflects the work each performed on this case.

10. In my experience, the total fees and expenses Life360 incurred are fair and reasonable and reflect significant efforts to litigate this case through trial. This amount is thus well within the range of what I would expect Life360 to incur based on the scope, duration, and posture of this case. Based on my understanding, this amount is considerably less than what many other defendants have paid for their defenses in cases of similar scope, duration, and posture. All of these expenses were necessarily incurred in providing Life360 with appropriate and adequate legal representation and service throughout the course of this case.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on this 13th day of July, 2015 in Pittsburgh, Pennsylvania.

/s/ Kent E. Baldauf, Jr.
Kent E. Baldauf, Jr.
lead counsel for Life360, Inc.