<u>EXHIBIT A</u>

<u>ATTORNEYS' FEES AND EXPENSES
THE WEBB LAW FIRM</u>

<u>July 16, 2014 through April 30, 2015</u>

*FEES:*

| Attorney | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Kent E. Baldauf, Jr. | Director & VP | 430.00 | 176 | $75,680.00 |
| Kent E. Baldauf, Jr. | Director & VP | 440.00 | 330.40 | $145,376.00 |
| James J. Bosco, Jr. | Shareholder | 300.00 | 52.75 | $15,825.00 |
| Anthony W. Brooks | Associate | 255.00 | .75 | $191.25 |
| Bryan P. Clark | Senior Associate | 290.00 | 156.25 | $45,312.50 |
| Bryan P. Clark | Shareholder | 305.00 | 266.75 | $81,358.75 |
| Cecilia R. Dickson | Shareholder | 320.00 | 269.25 | $86,160.00 |
| Cecilia R. Dickson | Shareholder | 340.00 | 339.75 | $115,515.00 |
| Christian D. Ehret | Associate | 225.00 | 543.83 | $122,361.75 |
| Christian D. Ehret | Associate | 250.00 | 472.00 | $118,000.00 |
| Brian J. Gallagher | Associate | 195.00 | 1.50 | $292.50 |
| Brian J. Gallagher | Associate | 200.00 | 11.50 | $2,300.00 |
| Yao Zhu | Associate | 190.00 | 13 | $2,470.00 |
| David A. DuMont | Associate | 195.00 | 128 | $24,960.00 |
| Michael J. Grese | Associate | 145.00 | 3.75 | $543.75 |
| Michael J. Grese | Associate | 195.00 | 45.50 | $8,872.50 |
| Jordan T. Riviello | Associate | 195.00 | 16.25 | $3,168.75 |
| Thomas C. Wolski | Shareholder | 325.00 | 41.75 | $13,568.75 |
| Daniel H. Brean | Senior Associate | 305.00 | 80 | $24,400.00 |
|  |  |  |  |  |
| **TOTAL:** |  |  | **2,948.98** | **$886,356.50** |

| Support Staff | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Brittney Yesenchak | Paralegal | 160 | 41.55 | $6,648.00 |
| Phyllis M. Taranto | Paralegal | 160 | 88.25 | $14,120.00 |
| Valerie A. Drucker | Paralegal | 160 | 188.50 | $30,160.00 |
| Nicholas A. Passaretti | Paralegal | 160 | 1 | $160.00 |
|  |  |  |  |  |
| **TOTAL:** |  |  | **319.30** | **$51,088.00** |

FEES:                       *$937,444.50*
MINUS DISCOUNTS:            *$0.00*
TOTAL INCURRED FEES:        **$937,444.50**

*EXPENSES:*

| Date | Description | Attorney/Vendor | Amount |
|---|---|---|---|
| 8/22/14 | Express delivery to West Palm Beach, FL on 8/14/14 | FedEx | $25.22 |
| 8/29/14 | Express delivery to New York, NY on 8/18/14 | FedEx | $23.61 |
| 8/29/14 | Express delivery to New York, NY on 8/20/14 | FedEx | $23.61 |
| 8/31/14 | Computer/Information searches | Westlaw | $206.22 |
| 9/29/14 | Express delivery to New York, NY on 9/15/14 | FedEx | $23.50 |
| 9/29/14 | Travel expenses incurred by Christian Ehret re Trip to New York, NY | Christian D. Ehret | $973.27 |
| 9/29/14 | Travel expenses incurred by James J. Bosco, Jr. re trip to New York, NY | James J. Bosco, Jr. | $1,277.73 |
| 9/30/14 | Computer/Information searches | Westlaw | $1,008.71 |
| 9/30/14 | Computer/Information searches | LexisNexis | $30.91 |
| 10/2/14 | Travel expenses incurred by Kent E. Baldauf, Jr. re trip to West Palm Beach, FL | Kent E. Baldauf, Jr. | $1,008.63 |
| 10/3/14 | Express delivery to West Palm Beach, FL on 9/25/14 | FedEx | $25.10 |
| 10/3/14 | Express delivery to New York, NY on 9/25/14 | FedEx | $23.50 |
| 10/31/14 | Computer/Information searches | Westlaw | $787.89 |
| 10/31/14 | Express delivery to New York, NY on 10/17/14 | FedEx | $23.50 |
| 11/3/14 | Travel expense incurred by Bryan P. Clark re trip to West Palm Beach, FL | Bryan P. Clark | $499.21 |
| 11/13/14 | Travel expense incurred by Kent E. Baldauf, Jr. re trip to West Palm Beach, FL | Kent E. Baldauf, Jr. | $887.77 |
| 11/17/14 | Travel expense incurred by Cecilia R. Dickson re trip to San Francisco, CA | Cecilia R. Dickson | $3,783.09 |
| 11/17/14 | Travel expense incurred by Christian D. Ehret re trip to West Palm Beach, FL | Christian D. Ehret | $2,282.59 |
| 11/19/14 | Travel expense incurred by Kent E, Baldauf, Jr. re trip to New York, NY | Kent E. Baldauf, Jr. | $2,042.11 |
| 11/21/14 | Express delivery to New York, NY | FedEx | $194.94 |
| 11/28/14 | Express delivery to New York, NY | FedEx | $182.03 |
| 11/30 | Computer/Information searches | Westlaw | $451.17 |

| *Date* | *Description* | *Attorney/Vendor* | *Amount* |
|---|---|---|---|
| 11/30 | Computer/Information searches | LexisNexis | $220.98 |
| 12/01/14 | Travel expense incurred by Cecilia R. Dickson re trip to San Francisco, CA | Cecilia R. Dickson | $2,847.97 |
| 12/1/14 | Travel expense incurred by Christian D. Ehret re trip to San Francisco, CA | Christian D. Ehret | $2,863.02 |
| 12/26/14 | Express delivery to New York, NY on 12/12/14 | FedEx | $60.16 |
| 12/26/14 | Express delivery to New York, NY on 12/14/14 | FedEx | $95.03 |
| 12/26/14 | Express delivery to New York, NY on 12/14/14 | FedEx | $50.96 |
| 12/26/14 | Express delivery to New York, NY on 12/14/14 | FedEx | $67.92 |
| 12/26/14 | Express delivery to New York, NY on 12/14/14 | FedEx | $67.92 |
| 12/26/14 | Express delivery to New York, NY on 12/14/14 | FedEx | $62.59 |
| 12/26/14 | Express delivery to New York, NY on 12/14/14 | FedEx | $62.59 |
| 12/31/14 | Computer/Information searches | LexisNexis | $210.72 |
| 12/31/14 | Computer/Information searches | Westlaw | $88.04 |
| 1/6/15 | Purchase of Windows Phone |  | $31.79 |
| 1/19/15 | Travel expense incurred by Kent E. Baldauf, Jr. re trip to West Palm Beach, FL | Kent E. Baldauf, Jr. | $879.47 |
| 1/23/14 | Express delivery to Round Rock, TX on 1/14/15 | FedEx | $45.08 |
| 1/31/15 | Computer/Information searches | LexisNexis | $1,739.31 |
| 1/31/15 | Computer/Information searches | Westlaw | $1,531.20 |
| 2/2/15 | Travel expense incurred by Cecilia R. Dickson re trip to Atlanta, GA | Cecilia R. Dickson | $788.31 |
| 2/3/15 | Travel expense incurred by Kent E. Baldauf, Jr. re trip to Chicago, IL (trip was cancelled after already purchased tickets) | Kent E. Baldauf, Jr. | $564.20 |
| 2/22/15 | Travel expense incurred by Thomas C. Wolski re trip to San Francisco, CA | Thomas C. Wolski | $2,634.42 |
| 2/28/15 | Computer/Information searches | LexisNexis | $1,160.37 |
| 2/28/15 | Computer/Information searches | Westlaw | $1,875.37 |
| 3/4/15 | Travel expense incurred by Kent E. Baldauf, Jr., Christian D. Ehret and Cecilia R. Dickson re trip to West Palm Beach, FL | Kent E. Baldauf, Jr. Christian D. Ehret Cecilia R. Dickson | $1,533.11 |

| Date | Description | Attorney/Vendor | Amount |
|---|---|---|---|
| 3/7/15 | Travel expenses incurred by Bryan P. Clark re trip to West Palm Beach, FL | Bryan P. Clark | $2,787.85 |
| 3/7/15 | Travel expense incurred by Kent E. Baldauf, Jr., Christian D. Ehret and Cecilia R. Dickson re trip to West Palm Beach, FL | Kent E. Baldauf, Jr. Christian D. Ehret Cecilia R. Dickson | $9,695.23 |
| 3/7/15 | Travel expense incurred by Cecilia R. Dickson re trip to West Palm Beach, FL | Cecilia R. Dickson | $2,327.20 |
| 3/13/15 | Express delivery to Philadelphia, PA on 3/2/15 | FedEx | $19.18 |
| 3/20/14 | Express delivery to Florida on 3/6/15 | FedEx | $165.98 |
| 3/20/14 | Express delivery to Florida on 3/6/15 | FedEx | $148.17 |
| 3/20/14 | Express delivery to Florida on 3/6/15 | FedEx | $136.25 |
| 3/20/14 | Express delivery to Florida on 3/6/15 | FedEx | $140.74 |
| 3/20/14 | Express delivery to Florida on 3/6/15 | FedEx | $168.95 |
| 3/31/15 | Computer/Information searches | Westlaw | $354.92 |
| 3/31/15 | Computer/Information searches | LexisNexis | $718.59 |
| 3/31/15 | Computer/Information searches | LexisNexis | $67.33 |
| | | | |
| **TOTAL:** | | | **$51,995.23** |

TOTAL EXPENSES: *$51,995.23*
TOTAL INCURRED FEES: *$937,444.50*
TOTAL FEES PLUS EXPENSES: **$989,439.73**

## ATTORNEYS' FEES AND EXPENSES
## SHUTTS & BOWEN, LLP. (LOCAL COUNSEL)

### January 5, 2015 through March 31, 2015

*FEES:*

| Attorney | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Eric C. Christu | Partner | 525.00 | 116.5 | $61,162.50 |
| Daniel J. Barsky | Partner | 290.00 | 47.3 | $13,717.00 |
| Daniel J. Barsky | Partner | 335.00 | 139.90 | $46,866.50 |
| | | | | |
| **TOTAL:** | | | | **$121,746.00** |

| Support Staff | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Jamie B. Wasserman | Associate | 290.00 | .40 | $116.00 |
| | | | | |
| **TOTAL:** | | | 204.00 | **$116.00** |

FEES: *$121,862.00*
MINUS DISCOUNTS: *$0.00*
TOTAL INCURRED FEES: **$121,862.00**
*EXPENSES:*

| Date | Description | Attorney/Vendor | Amount |
|---|---|---|---|
| 2/3/15 | Express shipping to Mark Hanneman, Kenyon & Kenyon | FedEx | $30.42 |
| 2/3/15 | Express shipping to Mark Hanneman, Kenyon & Kenyon | FedEx | $54.81 |
| 2/20/15 | Pro Hac Vice Admission Fee | U.S. District Court Clerk | $75.00 |
| 3/3/15 | Courier Service from Shutts & Bowen to U.S. Federal District Court | AAAD Express Services | $19.50 |
| 3/16/15 | Express shipping to Christian D. Ehret | FedEx | $56.29 |
| 3/16/15 | Express shipping to Christian D. Ehret | FedEx | $43.22 |
| 3/16/15 | Express shipping to Christian D. Ehret | FedEx | $67.73 |
| 3/16/15 | Express shipping to Christian D. Ehret | FedEx | $44.86 |
| 3/17/15 | Trial Expenses | Daniel Barsky | $608.64 |
| 3/17/15 | Trial Expenses | Daniel Barsky | $49.00 |
| 3/26/15 | Parking Charges | Eric C. Christu | $48.00 |
| | Postage | User 6147 | $.69 |
| | Postage | User 6526 | $.69 |

| Date | Description | Attorney/Vendor | Amount |
|---|---|---|---|
| | Long Distance Call | Pittsburgh, PA | $.68 |
| | Online Legal Research | Pacer | $2.20 |
| | Long Distance Call | Pittsburgh, PA | $.85 |
| | Long Distance Call | Pittsburgh, PA | $.51 |
| | Photocopies | User 6534 | $4.75 |
| | Long Distance Call | Miami, FL | $.34 |
| | Long Distance Call | Pittsburgh, PA | $3.91 |
| | Long Distance Call | Pittsburgh, PA | $1.53 |
| | Long Distance Call | Pittsburgh, PA | $1.02 |
| | Long Distance Call | Pittsburgh, PA | 2.21 |
| | Long Distance Call | Miami, FL | $.17 |
| | Photocopies | User 6418 | $4.50 |
| 3/11/15 | Online Legal Research | Westlaw | $49.84 |
| 2/1/15-2/28/15 | Online Legal Research | Pacer | $10.00 |
| | | | |
| **TOTAL:** | | | **$1,181.36** |

TOTAL EXPENSES:         *$1,181.36*
TOTAL INCURRED FEES:    *$121,862.50*
TOTAL FEES PLUS EXPENSES:    **$123,043.86**

## EXPERT CONSULTING FEES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EDWARD R. TITTEL

### September 18, 2014 through March 13, 2015

*FEES:*

| Expert | Position | Rate | Hours/Days | Total |
|---|---|---|---|---|
| Edward R. Tittel | Expert Consultant | 350.00 | 190.10 | $66,535.00 |
| Edward R. Tittel | Expert Consultant | 3,500.00* | 12 | $42,000.00 |
| | | | | |
| **TOTAL:** | | | **202.10** | **$108,535.00** |

*\*Daily Rate*

FEES: *$108,535.00*
MINUS DISCOUNTS: *$0.00*
TOTAL INCURRED FEES: **$108,535.00**
*EXPENSES:*

| Date | Description | Attorney/Vendor | Amount |
|---|---|---|---|
| 1/26/15 | Round trip flight from Austin, TX to Pittsburgh, PA | Delta Airlines | $495.00 |
| 1/26/15 | Taxi from airport to hotel in Pittsburgh, PA | Yellow Cab #506 | $45.76 |
| 1/26/15 | Toll from home to airport | Toll | $6.31 |
| 1/30/15 | Taxi from hotel to airport in Pittsburgh, PA | Crystal Express | $45.00 |
| 1/30/15 | Parking at airport (5 days @7 per day) | ABIA Parking | $35.00 |
| 1/30/15 | Toll from airport to home | Toll | $6.31 |
| 3/7/15 | Toll from home to airport | Edward R. Tittel | $6.31 |
| 3/7/15 | Mileage from home to airport | Edward R. Tittel | $20.87 |
| 3/13/15 | Toll from airport to home | Edward R. Tittel | $6.31 |
| 3/13/15 | Mileage from airport to home | Edward R. Tittel | $20.87 |
| | | | |
| **TOTAL:** | | | **$687.74** |

| | |
|---|---|
| TOTAL EXPENSES: | *$687.74* |
| TOTAL INCURRED FEES: | *$108,535.00* |
| TOTAL FEES PLUS EXPENSES: | **$109,222.74** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETER GAMPEL

### December 18, 2014 through March 12, 2015

*FEES:*

| *Expert* | *Position* | *Rate* | *Hours* | *Total* |
|---|---|---|---|---|
| Peter Gampel | Expert Consultant | 360.00 | 448.40 | $164,424.00 |
| | | | | |
| **TOTAL:** | | | **448.40** | **$164,424.00** |

| | |
|---|---|
| FEES: | *$164,424.00* |
| MINUS DISCOUNTS: | *$0.00* |
| TOTAL INCURRED FEES: | **$164,424.00** |

*EXPENSES:*

| *Date* | *Description* | *Attorney/Vendor* | *Amount* |
|---|---|---|---|
| | | | |
| **TOTAL:** | | | **$0.00** |

| | |
|---|---|
| TOTAL EXPENSES: | *$0.00* |
| TOTAL INCURRED FEES: | *$164,424.00* |
| TOTAL FEES PLUS EXPENSES: | **$164,424.00** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETER ALEXANDER

### September 23, 2014 through November 24, 2014

*FEES:*

| *Expert* | *Position* | *Rate* | *Hours* | *Total* |
|---|---|---|---|---|
| Peter Alexander | Expert Consultant | 350.00 | 170 | $59,500.00 |
| | | | | |
| **TOTAL:** | | | **170.00** | **$59,500.00** |

| | |
|---|---|
| FEES: | *$59,500.00* |

MINUS DISCOUNTS: *$0.00*
TOTAL INCURRED FEES: **$59,500.00**
*EXPENSES:*

| Date | Description | Attorney/Vendor | Amount |
|---|---|---|---|
| 1/28/15 | Airfare | | $1,745.70 |
| 1/28/15 | Taxi/Rental Car | | $115.00 |
| 1/28/15 | Meals/Food | | $137.70 |
| 1/28/15 | Lodging/Hotel Charges | | $775.19 |
| | | | |
| **TOTAL:** | | | **$2,773.59** |

TOTAL EXPENSES: *$59,500.00*
TOTAL INCURRED FEES: *$2,773.59*
TOTAL FEES PLUS EXPENSES: **$62,273.59**